816

peals for the Third Circuit denied. *Messrs. Morris M. Wexler* and *Harry Shapiro* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch, Newton K. Fox,* and *H. G. Ingraham* for respondent.

Nos. 921 and 922. BLACK DIAMOND LINES, INC. *v.* UNITED STATES NAVIGATION CO., INC. March 9, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Crandall* for petitioner. *Mr. John Tilney Carpenter* for respondent.

No. 944. INTER-OCEAN CASUALTY CO. *v.* BROCKMAN. March 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry Scherr* for petitioner.

No. 911. BULL STEAMSHIP LINES, INC. *v.* THOMPSON, TRUSTEE. March 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. M. G. Eckhardt, Jr.* for petitioner. *Mr. Harry R. Jones* for respondent.

No. 929. WILLIAMS *v.* LAWRENCE, SUPERINTENDENT. March 16, 1942. Petition for writ of certiorari to the Supreme Court of Georgia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. William S. Shelfer* entered an appearance for petitioner. *Mr. Ellis Arnall* for respondent.

No. 932. VILES ET AL. *v.* PRUDENTIAL INSURANCE CO. March 16, 1942. Petition for writ of certiorari to the Cir-